**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6800**

---

RANDALL LEE GOODALL,

                                        Plaintiff - Appellant,

        versus

MICHELLE HODGES; MS. HAMLIN; JOHN B. TAYLOR;
ASSISTANT WARDEN PONTON; C. TERRY; CAPTAIN
BARKSDALE; D. OTTINGER,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-95-867-R)

---

Submitted:  November 27, 1996      Decided:  December 19, 1996

---

Before HALL, MURNAGHAN, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Randall Lee Goodall, Appellant Pro Se.  Lance Bradford Leggitt,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Randall Lee Goodall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm largely on the reasoning of the district court. Goodall v. Hodges, No. CA-95-867-R (W.D. Va. Apr. 16, 1996). We write separately only to note that although claims of defamation may sometimes be cognizable under § 1983 by alleging injury to a constitutionally protected right, Appellant's defamation claim was nonetheless properly dismissed. We also note that while inmates do have a right to seek correction of inaccurate information in their prison files when such information is relied upon to a constitutionally significant degree, Appellant has not demonstrated a sufficient request to prison authorities to expunge the allegedly improper material. Accordingly, we are without jurisdiction to consider this claim. Paine v. Baker, 595 F.2d 197, 202-03 (4th Cir.), cert. denied, 444 U.S. 925 (1979). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED